1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO TEMPRANO, | ) NO. CV 10-5842-PSG (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| LINDA SANDERS, WARDEN, | ) CONCLUSIONS, AND RECOMMENDATIONS |
| Respondent. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. The Court accepts and adopts the Report and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that Judgment shall be entered dismissing this action for lack of jurisdiction.

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   10/13/10            .

                                    PHILIP S. GUTIERREZ
                                    PHILIP S. GUTIERREZ
                              UNITED STATES DISTRICT JUDGE