**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SERGIO TEMPRANO, | ) | NO. CV 10-5842-PSG (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LINDA SANDERS, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed for lack of jurisdiction.

DATED:  10/13/10                        .

                                                 **PHILIP S. GUTIERREZ**
                                                 PHILIP S. GUTIERREZ
                                      UNITED STATES DISTRICT JUDGE