1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11   SERGIO TEMPRANO,                  ) NO. CV 10-5842-PSG (MAN)
                                       )
12              Petitioner,            )
                                       )
13       v.                            ) ORDER ADOPTING FINDINGS,
                                       )
14   LINDA SANDERS, WARDEN,            ) CONCLUSIONS, AND RECOMMENDATIONS
                                       )
15              Respondent.            ) OF UNITED STATES MAGISTRATE JUDGE
     _____)
16
17
18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition
19   for Writ of Habeas Corpus, all of the records herein, and the Report and
20   Recommendation of United States Magistrate Judge ("Report").  The time
21   for filing Objections to the Report has passed, and no Objections have
22   been filed with the Court.  The Court accepts and adopts the Report and
23   the findings of fact, conclusions of law, and recommendations therein.
24
25       IT IS ORDERED that Judgment shall be entered dismissing this action
26   for lack of jurisdiction.
27
28

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  1/20/11                 .

                                            **PHILIP S. GUTIERREZ**
                                            PHILIP S. GUTIERREZ
                                 UNITED STATES DISTRICT JUDGE