**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERGIO TEMPRANO, | ) NO. CV 10-5842-PSG (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| LINDA SANDERS, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed for lack of jurisdiction.

DATED:   1/20/11                  .

                              **PHILIP S. GUTIERREZ**
                              PHILIP S. GUTIERREZ
                       UNITED STATES DISTRICT JUDGE